BALDWIN v. HULL, survivor.

COBB, J. The motion for a new trial presents no question of law, and this court will not set aside a verdict which there is sufficient evidence to support, after the trial judge has refused to interfere.

*Judgment affirmed. All the Justices concurring.*

Submitted April 21, — Decided May 22, 1897.

Levy and claim.   Before Judge Butt.   Talbot superior court.   September term, 1895.

*J. J. Bull* and *C. J. Thornton,* for plaintiff in error.
*J. H. McGehee, J. H. Worrill* and *J. H. Martin,* contra.